DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____


JAMES STEWART RIDDLE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.


No. 2D23-105

_____

February 2, 2024

Appeal from the Circuit Court for Pinellas County; Joseph A. Bulone, Judge.

Howard L. Dimmig, II, Public Defender, and Lisa Lott, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.

SLEET, C.J., and LaROSE and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.